UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDSAY VAN GESSEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No: 2:24-cv-00967<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR REMAND** |

IT IS HEREBY STIPULATED by and between and BRITTANY A. YOUNG, ESQ., of the law firm of KAPLAN YOUNG, attorneys for Plaintiff, LINDSAY GESSEL and JENNIFER INSLEY MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, that this matter be remanded, by agreement, for resolution to Nevada State Court.

The parties are remanding the within matter to Nevada State Court and for resolution of the dispute presented herein, and Plaintiff LINDSAY GESSEL hereby agrees and warrants that the damages sought by LINDSAY GESSEL against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY in this action do not and will not exceed $75,000.00 now or at any time

after being remanded to Nevada State Court.

Both sides acknowledge that further orders and decisions shall be entered and effective through the Nevada State Court upon remand.

DATED:     5/24./2024                    DATED:     5/24/2024

**KAPLAN YOUNG**                         **DENNETT WINSPEAR, LLP**

By    */s/ Brittany A. Young*            By    */s/ Jennifer Insley Micheri*
BRITTANY A. YOUNG , ESQ.                 JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 13663                     Nevada Bar No. 10089
KORY L. KAPLAN, ESQ.                     3301 N. Buffalo Drive, Suite 195
Nevada Bar No. 13164                     Las Vegas, Nevada  89129
10091 Park Run Drive, Ste 190            Telephone:  702-839-1100
Las Vegas, Nevada 89145                  Facsimile:   702-839-1113
Telephone:  702-381-8888                 ***Attorneys for Defendant, State Farm***
Facsimile:   702-832-5559                ***Mutual Automobile Insurance Company***
***Attorneys for Plaintiff***

**ORDER**

IT IS SO ORDERED.

_____
ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE

DATED: MAY 30, 2024

2